IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAKEISHA RAY TODD, | ) | |
| | ) | |
| PETITIONER, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 09-311-WS-N |
| | ) | |
| WARDEN CYNTHIA S. WHEELER-WHITE, et al., | ) ) | |
| | ) | |
| RESPONDENTS. | ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 1, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 30th day of July, 2009.

   s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**