IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA RAY TODD, | ) |
| PETITIONER, | ) ) ) |
| v. | ) CIVIL ACTION NO. 09-311-WS-N |
| WARDEN CYNTHIA S. WHEELER-WHITE, et al., | ) ) ) ) |
| RESPONDENTS. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be **DISMISSED WITHOUT PREJUDICE** to allow petitioner the opportunity to exhaust her state remedies.

**DONE** this 30th day of July, 2009.

                                           s/WILLIAM H. STEELE
                                      **UNITED STATES DISTRICT JUDGE**